UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                                                    Case No. 2:25-bk-00688-FMD
                                                                                          Chapter 13
Andy C. Izquierdo

      Debtor.
_____/

**TRUSTEE'S UNFAVORABLE RECOMMENDATION
AND OBJECTIONS TO CONFIRMATION OF THE PLAN**

TO:  Clerk, United States Bankruptcy Court

    1.    The Debtor's Petition for Relief to Chapter 13 was filed on April 18, 2025.

    2.    <u>Trustee's Recommendation to the Court</u>.  The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time for the following reason(s):

    3.    It does not appear that the Debtor has dedicated all disposable income to the proposed Plan as required by 11 U.S.C. §1325(b)(1)(B).

        a. The Trustee hereby requests/has requested the following additional documents pursuant to the District-wide Administrative Order Prescribing Procedures for Chapter 13 Cases, to determine if the Debtor has dedicated all disposable income to the Plan:

        income tax return for 2025

    4.    To meet the requirements of 11 U.S.C. §1325(a)(4) and/or 11 U.S.C. §1325(b)(1)(B) the Debtor must dedicate a works compensation claim to the Plan.

    5.    The Debtor must provide a completed DSO information sheet to the Trustee's office within ten (10) days or the Trustee may ask for an immediate dismissal.

    6.    The Debtor must provide proof that they are current on DSO obligations prior to the final confirmation hearing.

                                              /s/ Michael E. Cecil
                                              Michael E. Cecil, Esquire
                                              Staff Attorney for Chapter 13 Trustee
                                              Florida Bar No. 722855
                                              Post Office Box 25001
                                              Bradenton, Florida 34206-5001
                                              Phone:  (941) 747-4644
                                              Fax:     (941) 750-9266

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Unfavorable Recommendation and Objections to Confirmation of the Plan has been furnished electronically by CM/ECF services and/or by U.S. Mail to **Andy C. Izquierdo,** Debtor, 1003 Plantation Rd., Lehigh Acres, FL 33974, **Jose A. Blanco, Esq**., Attorney for Debtor, 102 E 49th Street, Hialeah, FL 33013 and the **U.S. Trustee,** 501 East Polk Street, Suite 1200, Tampa, Florida 33602 on this 23rd day of July, 2025.

                                                /s/ Michael E. Cecil
                                                Michael E. Cecil, Esquire

JMW/MEC/kd