**[Dostkamd]** [Order Striking Amendment To Schedules]

ORDERED.

**Dated: October 24, 2025**

Luis E. Rivera
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:  Case No. 2:25−bk−00688−FMR
Chapter 13

Andy C Izquierdo
aka Andy Chayanne Izquierdo

_____Debtor*_____/

### ORDER STRIKING AMENDED SCHEDULE C

THIS CASE came on for consideration, without hearing, of the Amended Schedule C filed October 23, 2025, Doc. No. 24. The Amended Schedule C is deficient as follows:

> The Amended Schedule C does not contain an appropriate signed and dated proof or certificate of service in compliance with Local Rule 9013−3.

> Service upon all creditors on the matrix using a current mailing matrix obtained from the Clerk of Court is not indicated or the current mailing matrix, for the correct case, obtained from the Clerk of Court was either not attached or the wrong matrix was attached. Fed. R. Bankr. P. 1009(a), 3015(g) and Local Rule 9013−3(e).

.

Accordingly, it is **ORDERED:**

The Amended Schedule C is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.