UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:   Andy C Izquierdo                                    Case No.: 2:25-bk-00688-FMR
                                                             Chapter 13

_____Debtor_____/

## OBJECTION TO CLAIM

> **NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**
>
> If you object to the relief requested in this paper you must file a response with the Clerk of Court at (801 N. Florida Avenue, Suite 555, Tampa, Florida 33602) within (30) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

Debtor(s), Andy C Izquierdo, by and through the undersigned attorney, objects to the proof of claim filed in this case by DEPARTMENT OF THE TREASURY and in states:

1. This case was commenced by the filing of a bankruptcy petition on April 18, 2025.

2. DEPARTMENT OF THE TREASURY, (hereinafter "Creditor") filed a purported proof of claim (Claim No. 1) in the amount of $8,543 with the whole amount due as a priority claim for taxes for tax years 2022, 2023, and 2024.

3. Debtor(s) object(s) to Claim No. 1 because the Debtor filed his taxes for all years and owed less than what was claimed. Specifically, for tax year 2022, the liability was $971 and for tax year 2023, the Debtor was supposed to receive a refund of $2,325.00. For tax year 2024, the liability was correct at $4,023.00.

4. Therefore, this claim should be reduced to reflect the proper claim liability which should be for a full priority liability of $4,994.00.

WHEREFORE, the Debtor(s) respectfully request(s) that the Court: (1) Sustain the

Debtor(s) objection to the Creditor's proof of claim; (2) reduce the claim liability as a full priority claim for $4,994.00; and (3) Grant any other such relief as the Court determines just and proper.

| | |
|---|---|
| Respectfully submitted:<br>December 3, 2025 | **Jose A. Blanco, P.A.**<br>By: */s/ Jose A. Blanco* \| FBN: 062449<br>Attorney for Debtor(s)<br>102 E 49th ST<br>Hialeah, FL 33013,<br>Tel. (305) 349-3463<br>E-mail: jose@blancopa.com |

### PROOF OF SERVICE

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on December 3, 2025, to: Daryl Smith, Trustee via ECF; Debtor; and Creditor as follows:

Debtor(s), Andy C Izquierdo
1003 Plantation RD
Lehigh Acres, FL 33974

Internal Revenue Service
c/o Angela Fentress, BK Spec
600 ARCH STREET, M/S 03-F15-13
Philadelphia, PA 19106-1611

Department of the Treasury
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service,
P.O. Box 7346,
Philadelphia, PA 19101-7346

U.S. Attorney for the Middle District of FL
c/o Gregory W. Kehoe, Esq.
400 N. Tampa Street, Suite 3200
Tampa, FL 33602

U.S. Attorney General, U.S. Dept of Justice
c/o Pam Bondi, Esq.
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC 20530-0001

Civil Process Clerk
U.S. Attorney's Office  Middle District of FL
400 N. Tampa Street, Suite 3200
Tampa, FL 33602

| | |
|---|---|
| Respectfully submitted:<br>December 3, 2025 | **Jose A. Blanco, P.A.**<br>By: */s/ Jose A. Blanco* \| FBN: 062449<br>Attorney for Debtor(s)<br>102 E 49th ST<br>Hialeah, FL 33013,<br>Tel. (305) 349-3463<br>E-mail: jose@blancopa.com |