# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

IN RE:

ANDY C. IZQUIERDO,  Case No. 2:25-bk-00688-FMR
  Chapter 13
    Debtor,

_____/

## Response in Opposition to Objection to Claim 1

Creditor United States Department of Treasury, Internal Revenue Service ("IRS") responds to Debtor's Objection to Claim 1 (Doc. 31).

Specifically, IRS filed an amended Claim 1-2, which resolved the issues raised in Debtor's Objection to IRS's original Claim 1-1. Given this development, Debtor's Objection (Doc. 31) is moot and should be withdrawn or overruled. *See In re Edwards*, No. 09-31469, 2013 WL 4816509, at *4 (W.D. Mo. Sept. 10, 2013) ("That is because, typically, the filing of an amended claim after an objection moots the original objection.").

For those reasons, IRS asks the Court to overrule Debtor's Objection to Claim 1 (Doc. 31) as moot.

**[Intentionally left blank]**

## Certificate of Service

On December 31, 2025, I electronically filed this with the Clerk using CM/ECF, which will send a notice of filing to the following:

Jose A. Blanco
eservice@blancopa.com

United States Trustee FTM7/13
USTP.Region21.TP.ECF@usdoj.gov

Date: December 31, 2025                                   Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

_____
Kevin R. Huguelet
Assistant United States Attorney
Florida Bar Number 125690
Kevin.Huguelet@usdoj.gov
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
(239) 461-2237