UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:   Andy C Izquierdo

Case No.: 2:25-bk-00688-FMD
Chapter 13

_____Debtor_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

**If you object to the relief requested in this paper you must file a response with the Clerk of Court at United States Courthouse, 801 North Florida Avenue, Suite 555, Tampa, FL 33602 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail. If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing. You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

COMES NOW, the Debtor, Andy C Izquierdo, by and through the undersigned counsel and files this Motion to Modify Chapter 13 Plan under 11 U.S.C. § 1329 and as grounds states as follows:

1.      On April 18, 2025, the instant case was filed.

2.      On December 2, 2025, Debtor's Chapter 13 plan was confirmed.

3.      In the confirmed plan, the Debtor was paying Department of the Treasury – Internal Revenue Service (herein "Creditor") POC#1-1 $8,543.00 in priority payments.

4. On December 3, 2025, the Debtor objected to the Creditor at ECF#31 on Negative Notice to reduce the amount of the priority claim.

5. On December 22, 2025, the Creditor filed an Amended Proof of Claim that reduces the priority claim to $3,119.00.

6. On December 31, 2025, the Creditor filed a response to the Objection to Claim stating that the Objection was now moot since the amended claim was filed.

7. On January 19, 2026, the Debtor withdrew the objection and filed this Motion to Modify to comply with the proper treatment of the now amended proof of claim of the Creditor.

8. Thus, the Debtor desires to modify the plan in order to provide for the new payment.

9. Furthermore, the Debtor is now working a new job at ALL FOR VANS INC. and is making less than the Debtor was making previously as he is now receiving approximately $1250 per week or $5416.66 a month gross.

10. The Debtor wishes to further modify his plan to account for the decline in income.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting the Motion; modifying the Plan as requested herein, and granting such further relief as the Court deems appropriate.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Middle District of Florida and I am in compliance with the additional qualifications to practice in this Court.

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ECF to Daryl Smith, Trustee and by U.S. first class mail to Debtor and to all persons listed on the Court's mailing matrix that are not receiving notice by CM/ECF on January 20, 2026.

| | |
|---|---|
| Respectfully submitted: <br> <u>January 20, 2026</u> | **Jose A. Blanco, P.A.** <br> By: *<u>/s/ Jose A. Blanco</u>* \| FBN: 062449 <br> Attorney for Debtor(s) <br> 102 E 49th ST <br> Hialeah, FL 33013, <br> Tel. (305) 349-3463 <br> E-mail: jose@blancopa.com |