**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:  Case No. 2:25-bk-00688-FMR
Chapter 13

Andy C. Izquierdo

    Debtor.
_____/

**TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**

COMES NOW, DARYL J. SMITH, the Chapter 13 Standing Trustee, by and through his undersigned attorney and hereby files his Objection to the Debtor's Motion to Modify Chapter 13 Plan (Doc. No. 36) and would show unto the Court the following:

The Debtor should amend their Schedule I & J to show new income.

Wherefore, the Chapter 13 Trustee respectfully request the Debtor's Motion to Modify Chapter 13 Plan (Doc. No. 36) be set for a hearing, together with such other and further relief as the Court deems just and proper.

/s/ Kimberly R. McIntyre
Kimberly R. McIntyre, Esquire
Staff Attorney for Chapter 13 Trustee
Florida Bar No. 14123
P.O. Box 25001
Bradenton, Florida 34206-5001
Phone: (941) 747-4644
Fax: (941) 750-9266

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Objection to Debtor's Motion to Modify Chapter 13 Plan was furnished electronically by CM/ECF services and/or by U.S. mail to **Andy C. Izquierdo**, Debtor, 1003 Plantation Rd., Lehigh Acres, FL 33974 **and Jose A. Blanco, Esquire**, Attorney for Debtor, Jose A. Blanco, PA, 102 E 49th Street, Hialeah, FL 33013 on this 22nd day of January 2026.

/s/ Kimberly R. McIntyre
Kimberly R. McIntyre, Esquire

DJS/KRM/ss