UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:   Andy C Izquierdo                                    Case No.: 2:25-bk-00688-FMR
                                                             Chapter 13

_____Debtor(s)_____ /

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the

**MOTION TO MODIFY** and **NOTICE OF PRELIMINARY HEARING** was sent to

all parties on the attached service list on January 29, 2026.

Electronically: Daryl J Smith, Trustee

First Class Mail:

Debtor(s), Andy C Izquierdo
1003 Plantation RD
Lehigh Acres, FL 33974

All Creditors on the Matrix

Respectfully submitted:        **Jose A. Blanco, P.A.**
January 29, 2026               By: */s/ Jose A. Blanco* | FBN: 062449
                               Attorney for Debtor(s)
                               102 E 49th ST
                               Hialeah, FL 33013,
                               Tel. (305) 349-3463
                               E-mail: jose@blancopa.com