ORDERED.

**Dated:  April 16, 2026**

_____
Luis E. Rivera II
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:                                                        Case No.  2:25-bk-00688-FMR
                                                                 Chapter 13

Andy C. Izquierdo

   Debtor.
_____/

**ORDER GRANTING IN PART DEBTOR'S**
**MOTION TO MODIFY CHAPTER 13 PLAN**

THIS CASE came on for a hearing on April 7, 2026, pursuant to Debtor's Motion

to Modify Chapter 13 Plan (Doc. No. 36).  Accordingly, it is

**ORDERED:**

1.      The Debtor's Motion to Modify Chapter 13 Plan (Doc. No. 36) is hereby

**GRANTED in part**, to the extent provided herein.

2.      Pages 10 – 11 of the Order Confirming Plan (Doc. No. 30) as to Exhibit

"A" entered on December 2, 2025, is hereby stricken and the following is substituted in

lieu thereof:

Andy C. Izquierdo
Case No.  2:25-bk-00688-FMR

EXHIBIT A

TOTAL MONTHLY AMOUNT TO BE PAID TO THE CHAPTER 13 TRUSTEE:

| | | | |
|---|---|---|---|
| Starting | 05/18/25 | $222.00 | **for  8 Months** |
| | **01/18/26** | **$326.00** | **for  3 Months** |
| | **04/18/26** | **$244.00** | **for 49 Months** |

Total Plan Length    60    Months

Unless otherwise consented to in writing by the Chapter 13 Trustee or subsequently ordered by the court, in addition to the plan payments set forth above, the Debtor shall turn over to the Trustee all tax refunds beginning with the tax year 2025 and each tax year thereafter during the term of the Plan.  Said refunds must immediately (upon receipt of) be turned over to the Chapter 13 Trustee, in a certified check or money order (Debtor should not sign their IRS Refund Check and send it to the Trustee.  All money sent to the Trustee needs to be in the form of a certified check or money order) made payable to Daryl J. Smith, Chapter 13 Trustee, with complete information as to what tax year the refund represents and sent to our payment address, at PO Box 260, Memphis TN 38101-0260.  Additionally, the Debtor must provide complete copies of all tax returns to the Trustee's office no later than April 15th of each year for the preceding year's taxes.

Also, in addition to the aforementioned monies, the Debtor shall also pay to the Chapter 13 Trustee a sum to be determined by the Court, derived of any net recovery which the Debtor may receive from a worker's compensation claim.  The Debtor shall advise the Trustee as to the status of said worker's compensation claim on a semi-annual basis throughout the life of the Plan and shall promptly account for all proceeds received in settlement of said worker's compensation claim.  Any monies received must immediately (upon receipt of) be turned over to the Chapter 13 Trustee, to the extent determined by the Court, in a certified check or money order made payable to Daryl J. Smith, Chapter 13 Trustee, with complete information as to what or where the monies derived from and send to our payment address, at PO Box 260, Memphis TN 38101-0260.

**CLAIM #    ALLOWED CLAIM FOR ATTORNEY FEES:**
<u>N/A</u>    Jose A. Blanco, Esquire                                                         $    3,675.00 **Total**
             ($5,000.00 - $1,325.00 = $3,675.00 through the plan)

**ATTORNEY MONITORING FEE:**

N/A     Jose A. Blanco, Esquire                                     $_____50.00 **Monthly**

(Paid at $0.00 per month for months (1) thru (6); then $50.00 per month for months (7) through (60)
Note: Monitoring fee ends when the plan completes)

**ALLOWED PRIORITY CLAIM(S):**

1-2     Internal Revenue Service                                   **$___3,119.00 Total**

**MINIMUM DISTRIBUTION ON ALLOWED GENERAL UNSECURED CLAIM(S)**
$___2,000.00 **Total**

**The following unsecured claims are allowed:**

| | | |
|---|---|---|
| 2-1 | Verizon | $___1,091.94 |
| 3-1 | Portfolio Recovery/Capital One | $_____456.72 |
| 4-1 | Westlake Financial Services | $__17,555.88 |
| 5-1 | Scolopax, LLC/Intercoastal Financial Services | $___3,302.04 |
| 6-1 | Portfolio Recovery/Vivint | $___1,158.16 |

**ORDER OF DISTRIBUTION:**

1. Adequate protection over life of plan or until creditor is paid in full and allowed Attorney's Fees and Administrative Expenses
2. Secured Balance plus interest over the life of the plan or as otherwise specified.
3. Domestic Support Obligations under $500.00
4. Small Secured creditors-Under $500.00 in balance.
5. Domestic Support Obligations over $500.00
6. Arrearages
7. Other Priority Creditors and Pro-Rata Distribution to Unsecured Creditors

3.     This Court's Order Confirming Plan (Doc. No. 30) entered on December 2, 2025 is modified to the extent provided herein and shall in all other respects remain in full force and effect.

Attorney, Jose A. Blanco, Esquire, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.

DJS/MEC/ss                                                         C13T 04/15/26

3